JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. BOOHER, JR. and NELSON RAMIREZ, individually and on behalf of all current and former employees of THE POMA COMPANIES, doing business as POMA HOLDING COMPANY, INC. and POMA DISTRIBUTING COMPANY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE POMA COMPANIES doing business as POMA HOLDING COMPANY, INC. and POMA DISTRIBUTING COMPANY, INC. and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: EDCV 11-01347-CJC(OPx)<br><br>CLASS ACTION<br>REPRESENTATIVE ACTION<br><br>**ORDER RE STIPULATION RE DISMISSAL OF PLAINTIFFS' SEVENTH CAUSE OF ACTION AND REMAND OF CASE TO STATE COURT**<br><br>Judge: Hon. Cormac J. Carney |

///

1
ORDER RE STIPULATION RE DISMISSAL OF PLAINTIFFS' SEVENTH CAUSE OF ACTION AND
REMAND OF CASE TO STATE COURT

The Court, having reviewed the Parties' stipulation and good cause appearing therefore, orders as follows:

1. Plaintiffs' Seventh Cause of Action for violation of the FLSA is dismissed without prejudice and all references to the FLSA are deemed to be stricken from the Second Amended Complaint;

2. The case is hereby remanded to the Superior Court of California, County of San Bernardino.

IT IS SO ORDERED.

Dated: 2/3/12

The Honorable Cormac J. Carney
United States District Judge